**FEDERAL–MOGUL CORPORATION, Plaintiff and Plaintiff–Intervenor,**

**The Torrington Company, Plaintiff, Plaintiff–Intervenor,**

**v.**

**The UNITED STATES, Defendant,**

**SKF USA Inc., SKF France S.A., et al., Defendants–Intervenors.**

Slip Op. 97–9.
Court No. 93–08–00461

United States Court of International Trade.

Jan. 22, 1997.

### ORDER

TSOUCALAS, Senior Judge.

Upon consideration of NTN's consent motion to amend judgement, and upon consideration of all other papers and proceedings herein, and after due deliberation, it is hereby ORDERED that the judgement entered on December 12, 1996 is amended and it is further ORDERED that the case is remanded for the ITA to recalculate NTN's margins after segregating after market and distributor sales as distinct levels of trade, and it is further

ORDERED that the remand results are due within 60 days of the date that this order is entered.

SO ORDERED.